UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMEIN DION SPRUIELL,<br><br>　　Plaintiff,<br><br>　　v.<br><br>R. GRAVES, et al.,<br><br>　　Defendants. | Case No. 16-cv-05385-DMR (PR)<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR DEFAULT JUDGMENT AGAINST DEFENDANT NAVARRO** |

This matter is presently before the court on Plaintiff's *pro se* request for a default judgment against Defendant R. Navarro.[1] Dkt. 34. Plaintiff claims that Defendant Navarro has not yet answered his complaint, and thus he is entitled to default judgment. *Id.* at 1-2.

Under Rule 55 of the Federal Rules of Civil Procedure, judgment by default may be entered "[w]hen a party against whom affirmative relief is sought has failed to plead or otherwise defend as provided by these rules." Fed. R. Civ. P. 55(a). Rule 55(b)(2) provides that the court may grant a default judgment after default has been entered by the Clerk of the Court. Fed. R. Civ. P. 55(b)(2). Default judgments are generally disfavored, and "[c]ases should be decided upon their merits whenever reasonably possible." *Eitel v. McCool*, 782 F.2d 1470, 1472 (9th Cir. 1986).

Here, a default judgment against Defendant Navarro cannot be entered unless there is first a default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 55(b)(2). No such default has been entered against Defendant Navarro. In addition, in a separate

---

[1] Plaintiff and the served Defendants have consented to magistrate judge jurisdiction in this matter. Dkt. 1 at 6; Dkt. 32.

written order, the court has acknowledged that Defendant Navarro remains unserved, and directed the Clerk to reissue service on this Defendant. Accordingly, Plaintiff's request for default judgment against Defendant Navarro is DENIED. Dkt. 34.

This Order terminates Docket No. 34.

IT IS SO ORDERED.

Dated: September 8, 2017

DONNA M. RYU
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

DAMEIN DION SPRUIELL,

    Plaintiff,

v.

R. GRAVES, et al.,

    Defendants.

Case No. 4:16-cv-05385-DMR

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 8, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Damein Dion Spruiell ID: T-70693
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95531

Dated: September 8, 2017

Susan Y. Soong
Clerk, United States District Court

By:_____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU

3