UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAMEIN DION SPRUIELL,

    Plaintiff,

v.

R. GRAVES, et al.,

    Defendants.

Case No. 16-cv-05385-DMR (PR)

**ORDER REISSUING SERVICE ON DEFENDANT R. NAVARRO**

    This is a civil rights case filed *pro se* by a state prisoner. In the initial review order, the court ordered service on Defendants.[1] Defendant R. Navarro remains unserved. The court has been informed that Defendant Navarro has retired and is no longer employed by the prison. The court has located Defendant Navarro's last known address. The Clerk of the Court is directed to reissue service on Defendant Navarro at his last known address (which shall be filed under seal) with new copies of the Notice of Lawsuit and Request for Waiver of Service of Summons as well as all the documents outlined in the court's April 6, 2017 Order.

    IT IS SO ORDERED.

Dated: September 8, 2017

DONNA M. RYU
United States Magistrate Judge

---

[1] Plaintiff and the served Defendants have consented to magistrate judge jurisdiction in this matter. Dkt. 1 at 6; Dkt. 32.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAMEIN DION SPRUIELL,

    Plaintiff,

v.

R. GRAVES, et al.,

    Defendants.

Case No. 4:16-cv-05385-DMR

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 8, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Damein Dion Spruiell ID: T-70693
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95531

Dated: September 8, 2017

Susan Y. Soong
Clerk, United States District Court

By:_____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU